tion by the Erie Railroad Company against Mary Ann Steward and others. No opinion. Order settled.

EULER, Respondent, v. KAPPELMANN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Henry Euler against Frederick Kappelmann. No opinion. Judgment and order affirmed, with costs.

EVERSON, Appellant, v. HEFFERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Alice M. Everson against Timothy Hefferman. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 69 N. Y. Supp. 268.

FARLEY, Respondent, v. STOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Action by William W. Farley against William H. Stowell.

PER CURIAM. Motion granted, with $10 costs, unless defendant, on or before the 1st day of July, 1901, procures case and exceptions to be signed and filed, and printed case served on the plaintiff's attorney, and pays the $10, the costs of this motion.

FARRELL, Appellant, v. CITY OF MIDDLETOWN, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Malachi Farrell against the city of Middletown. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted.

FEINEN, Appellant, v. WUERSTLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Jacob Feinen against Ferdinand Wuerstle. No opinion. Judgment affirmed, with costs.

FERRIS, Respondent, v. JEWETT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Peter J. Ferris, as trustee, etc., against Josiah Jewett and another. No opinion. Order affirmed, with $10 costs and disbursements.

FINN, Appellant, v. PROVIDENT LIFE ASSUR. SOC., Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Ray Finn against the Provident Life Assurance Society. H. K. Coddington, for appellant. W. T. Gilbert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FISCHER v. HAINES. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by George E. Fischer against Charles D. Haines. No opinion. On payment of $10 costs, motion denied; and on payment of additional $10, leave given to apply to court below to open default.

FITZGERALD v. RODGERS. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Egbert D. Fitzgerald against John C. Rodgers. No opinion. Motion denied, with $10 costs.

FLAMM et al. v. WILKINS et al. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Eliza J. Flamm and others against Eucilla A. Wilkins and others. No opinion. Motion for leave to print and serve cases on appeal denied. Motion to dismiss appeal granted, without costs.

FOX, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Henry E. Fox against Isaac Davidson. E. L. Mooney, for appellant. H. A. Forster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FOX, Respondent, v. IRELAND, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by William H. Fox against John B. Ireland. I. D. Warren for appellant.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the authority of Burke v. Ireland (N. Y. App.) 59 N. E. 914.

FULLER, Respondent, v. SCARBOROUGH, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Elmer Fuller against James Scarborough. No opinion. Judgment affirmed, with costs. All concur, except KELLOGG and SMITH, JJ., who dissent.

GALE, Respondent, v. TILDEN, Appellant. (Supreme Court, Appellate Division, Third Department. May 14, 1901.) Action by Alonzo D. Gale against Samuel J. Tilden. No opinion. Judgment unanimously affirmed, with costs.

GIBSON, Respondent, v. TYLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by William H. Gibson, as executor, etc., against Hollis J. Tyler. No opinion. Judgment affirmed, with costs.

GOLDMAN v. DORR. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Jacob Goldman against George Dorr. No opinion. Motion granted, with $10 costs.

GOMPERT, Appellant, v. BARRETT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by John F. Gompert against the Peter Barrett Manufacturing Company. No opinion. Judgment of the municipal court affirmed, with costs.

In re GUTHRIE. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) In the matter of the application of Le-